Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89315
Telephone: 702-471-7000
Facsimile: 702-471-7070
E-mail: vigila@ballardspahr.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gavin Ernstone; Gavin Ernstone, Ltd.; SVRE, LLC d/b/a Simply Vegas, | Case No.: 2:19-CV-00571-GMN-NJK |
| *Plaintiff*, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| Kristen Routh Silberman; Donald Kuhl; Sotheby's International Realty Affiliates LLC d/b/a Synergy Sotheby's International Realty. | |
| *Defendants*. | |

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89315

The parties, by and through undersigned counsel, hereby stipulate to a fourteen-day extension of time for Defendants Kristen Routh Silberman, Donald Kuhl, and Sotheby's International Realty Affiliates LLC d/b/a Synergy Sotheby's International Realty ("Defendants") to file their Answer or otherwise respond to Plaintiff's First Amended Complaint in the above captioned matter, currently due May 3, 2019. The parties have reached a settlement in principle and intend to use this time to finalize a written settlement agreement that would resolve this case in its entirety. Accordingly, the parties respectfully agree and submit that good cause supports the requested extension, which would extend Defendants' deadline to up to and including Friday, May 17, 2019.

Stipulated and Agreed to this 3rd day of May, 2019:

BALLARD SPAHR LLP

By: */s/ Abran E. Vigil*
    Abran E. Vigil (NV Bar 7548)
    1980 Festival Plaza Drive
    Suite 900
    Las Vegas, NV 89315
    *Attorney for Defendants*

WEIDE & MILLER, LTD.

By: */s/ F. Christopher Austin* (w/ permission)
    F. Christopher Austin (NV 6559)
    10655 Park Run Drive, Suite 100
    Las Vegas, NV 89144
    Email: caustin@weidemiller.com
    Phone: 702.382.4804
    *Attorney for Plaintiff*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: ___May 6, 2019___