Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89315
Telephone: 702-471-7000
Facsimile: 702-471-7070
E-mail: vigila@ballardspahr.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Gavin Ernstone; Gavin Ernstone, Ltd.; SVRE, LLC d/b/a Simply Vegas,<br><br>*Plaintiff*,<br><br>v.<br><br>Kristen Routh Silberman; Donald Kuhl; Sotheby's International Realty Affiliates LLC d/b/a Synergy Sotheby's International Realty.<br><br>*Defendants*. | Case No.: 2:19-CV-00571-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

DMWEST #36923316 v2

The parties, by and through undersigned counsel, hereby stipulate to a fourteen-day extension of time for Defendants Kristen Routh Silberman, Donald Kuhl, and Sotheby's International Realty Affiliates LLC d/b/a Synergy Sotheby's International Realty ("Defendants") to file their Answer or otherwise respond to Plaintiff's First Amended Complaint in the above captioned matter, currently due May 17, 2019. This is the second stipulation for such an extension. Just as of today, the parties have finalized and executed a written settlement agreement, the terms of which are confidential. The settlement agreement provides for certain obligations to be performed within the next thirteen (13) business days prior to Plaintiffs' dismissal of the case in its entirety. Accordingly, the parties respectfully agree and submit that good cause supports the requested extension, which would extend Defendants' deadline to up to and including Friday, May 31, 2019.

Stipulated and Agreed to this 3rd day of May, 2019:

| BALLARD SPAHR LLP | WEIDE & MILLER, LTD. |
|---|---|
| By: */s/ Abran E. Vigil* <br> Abran E. Vigil (NV Bar 7548) <br> 1980 Festival Plaza Drive, Ste 900 <br> Las Vegas, NV 89315 <br> *Attorney for Defendants* | By: */s/ F. Christopher Austin* (w/ permission) <br> F. Christopher Austin (NV 6559) <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> Email: caustin@weidemiller.com <br> Phone: 702.382.4804 <br> *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2019