1  F. Christopher Austin
   Nevada Bar No. 6559
2  caustin@weidemiller.com
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, Nevada 89144
4  Tel. (702) 382-4804
   Fax (702) 382-4805
5
   Attorney for Plaintiff
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAVIN ERNSTONE, an individual; GAVIN ERNSTONE, LTD., a Nevada limited company; and SVRE, LLC d/b/a SIMPLY VEGAS, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTEN ROUTH SILBERMAN, an individual; DONALD KUHL, an individual, and SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, d/b/a/ SYNERGY SOTHEBY'S INTERNATIONAL REALTY, a Nevada limited liability company.<br><br>Defendants. | Case No.: 2:19-cv-00571-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P 41(a)(1)(A), Plaintiffs GAVIN ERNSTONE, GAVIN ERNSTONE, LTD., and SVRE, LLC d/b/a SIMPLY VEGAS, by and through their counsel of record, F. Christopher Austin of the firm Weide & Miller, Ltd., and all Defendants KRISTEN ROUTH SILBERMAN, DONALD KUHL, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, d/b/a SYNERGY SOTHEBY'S INTERNATIONAL REALTY, by and through their counsel of record, Abran E. Vigil of the firm of Ballard Spahr LLP, hereby stipulate to the voluntarily dismissal of this entire case and all claims asserted in it against ALL DEFENDANTS.

Such dismissal shall be with prejudice with each side to bear its own costs and fees.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0917    1    Dismissal

Stipulated and Agreed to this 24th day of May 2019.

| | |
|---|---|
| **BALLARD SPAHR LLP** | **WEIDE & MILLER, LTD.** |
| | |
| */s/ Abran E. Vigil* | */s/ F. Christopher Austin* |
| Abran E. Vigil (NV 7548) | F. Christopher Austin (NV 6559) |
| 1980 Festival Plaza Drive, Suite 900 | 10655 Park Run Drive, Suite 100 |
| Las Vegas, NV 89315 | Las Vegas, NV 89144 |
| | |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED this  5  day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0917

2

Dismissal

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of WEIDE & MILLER, LTD. and that on May 24, 2019, I served a full, true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via the Court's electronic service system and by U.S. Postal Service to the address listed below:

> KRISTEN ROUTH SILBERMAN
> DONALD KUHL
> SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC
> d/b/a SYNERGY SOTHEBY'S INTERNATIONAL REALTY
> 10100 W. Charleston Blvd., Suite 160
> Las Vegas, NV 89135

*/s/ Brianna Show*
An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0917    3    Dismissal